No. 65052.—New York Merchandise Co., Inc. v. United States, protests 58/23396 and 59/7646 (Los Angeles).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the items in question are not jewelry and that they are articles in chief value of nylon, the claim of the plaintiff was sustained.

No. 65053.—Ross Products, Inc., et al. v. United States, protests 59/20084, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of dice the same in all material respects as those the subject of Abstract 64186, the claim of the plaintiffs was sustained.

No. 65054.—W. C. Sullivan & Company v. United States, protest 313406–K/ 8938 (Chicago).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiff was sustained.